United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RYZMAN FOUNDATION INC., | Case No.  25-cv-09653-MMC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTIONS TO DISMISS; AFFORDING LEAVE TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY; AFFORDING LEAVE TO AMEND** |
| NANA MUZA, et al., | |
| Defendants. | |

Before the Court is defendant Michael Fink's ("Fink") motion, filed March 13, 2026, "to Dismiss Plaintiff the Ryzman Foundation Inc.'s First Amended Complaint Pursuant to FRCP 12(b)(2) and FRCP 12(b)(6)," and defendant Alpha Funding Corp.'s ("Alpha") motion, filed April 30, 2026, "to Dismiss Plaintiff the Ryzman Foundation Inc.'s First Amended Complaint Pursuant to FRCP 12(b)(2) and FRCP 12(b)(6)."   Plaintiff has filed opposition to the motions to dismiss, to which Fink and Alpha have replied.  The matter came on regularly for hearing on June 5, 2026.  Matthew R. Gershman and Sheri M. Kanesaka of Greenberg Traurig, LLP appeared on behalf of plaintiff.  Kathryn S. Diemer of Diemer & Wei LLP appeared on behalf of Fink and Alpha.

The Court, having considered the parties' respective written submissions and the arguments of counsel at the hearing and, for the reasons stated in detail on the record at the hearing, hereby rules as follows.

Defendants' motions are hereby GRANTED.  In particular, plaintiff has failed to plead facts sufficient to support a finding of personal jurisdiction as to Alpha and has failed to plead facts sufficient to demonstrate knowledge of falsity on the part of Fink.

Accordingly, the FAC is hereby DISMISSED with leave to amend.  Plaintiff's Second Amended Complaint shall be filed no later than August 21, 2026, and plaintiff is hereby AFFORDED leave to conduct limited discovery between today's date and July 31, 2026, on the issue of personal jurisdiction as to Alpha.

**IT IS SO ORDERED.**

Dated: June 5, 2026

MAXINE M. CHESNEY
United States District Judge